JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
FELICIANO OCHOA REYES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> JOSE VASQUEZ, et al., ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____) | CR.NO.S-15-73--- GEB <br> AMENDED <br> STIPULATION TO CONTINUE <br> STATUS CONFERENCE AND <br> EXCLUSION OF TIME <br> UNDER THE SPEEDY TRIAL <br> ACT |

**PARTIES TO THE LITIGATION AND STIPULATION**

Stipulation and Agreement to Continue the Status Conference to Friday

July 13, 2015, with Exclusion of Time1-Defendant Feliciano Ochoa Reyes - 1

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Mr. Christiaan Highsmith, and the defendants (hereinafter referred to as the defendants): 1) Mr. Jose Vasquez represented by his attorney Mr. Robert L. Forkner; 2) Mr. Luis Garcia Barreto represented by his attorney Mr. Michael Petrik, Jr.; and 3) Mr. Feliciano Ochoa Reyes represented by his attorney Mr. James R. Greiner; hereby agree and stipulate that the Court can **vacate** the presently set status conference currently scheduled for Friday, May 15, 2015 and re-set the status hearing date to Friday, July 31, 2015.

The reasons supporting the finding that the interests of justice outweigh both the public and all of the defendants' rights to a speedy trial even in the exercise of reasonable diligence by counsel and that both cases are complex under the Speedy Trial Act under local codes T-2 (complexity) and T-4 (adequate time for attorney preparation) are:

1- There are two related cases, 15-73 --
GEB and 15-92 -GEB, which have the same
interlocking federal investigation[1];

2- The total number of defendants regarding
both case 15-73—GEB and 15-92—GEB are
seven (7) making the case complex due to
the number of defendants[2];

3- Both cases involved, as far as the
defense knows to date, have four (4)
wire taps: TT1 regarding telephone
number (347) 310-1104 (Order signed
September 4, 2014); TT2 regarding
telephone number (916) 826-2125 (Order
signed October 22, 2014); TT3 regarding
telephone number (209) 222-7662 (Order
signed November 25, 2014); TT4 regarding
telephone number (209) 262-9129 (Order

---

[1] There is another case, 15-93—GEB, that is out of the same investigation, same wire taps, same investigation, and named in the same 45 page criminal complaint as these defendants, however, the government has indicted defendant Alex Velasquez Rangel in indictment 15-93-GEB. Defendant Rangel is represented by attorney Candice Fields.

[2] The actual total number of defendants in the entire investigation is eight (8), since defendant Rangel, 15-93-GEB, was out of the same investigation, same wire taps, same criminal complaint.

Stipulation and Agreement to Continue the Status Conference to Friday July 13, 2015, with Exclusion of Time3-Defendant Feliciano Ochoa Reyes - 3

signed March 18, 2015). This makes the case complex due to the intricacies of the wire taps.

4- The estimated number of calls associated with all four (4) wire taps, from the documentation produced by the government, are over 4,000[3]. This makes the case complex due to the voluminous number of calls.

5- It appears all of the over 4,000 wire tap calls are all in Spanish[4], which will require translation from Spanish to English. This makes the case complex in the translation of the voluminous number of calls.

6- To date, the government has produced the initial four (4) affidavits for each of

---

[3] At the appearance in Magistrate Court, the government estimated there were hundreds of hours of audio recordings. To date, the defense has no information to dispute that estimate.

[4] The government does not dispute that the wire calls are all in Spanish.

the wire taps, which is approximately 316 pages.

**STIPULATION OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT BY ALL PARTIES**

For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Friday, May 15, 2015 to Friday, July 31, 2015, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(ii) (complexity) and (iv)(reasonable time for attorney preparation) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial. All parties agree and stipulate to this exclusion of time from the Speedy Trial Act.

Counsel for the defendants represent that the

failure to grant the above requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government, based on all of the above, does not object to the continuance.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Finally, all attorneys have given authority for James R. Greiner to sign on their behalf this Stipulation and Proposed Order.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

Stipulation and Agreement to Continue the Status Conference to Friday July 13, 2015, with Exclusion of Time6-Defendant Feliciano Ochoa Reyes - 6

```
DATED: 5-13-15                /s/Christiaan Highsmith
                              _____
                              Christiaan Highsmith
                              Assistant United States Attorney
                              Attorney for the Plaintiff


DATED: 5-13-15                /s/Robert L. Forkner
                              _____
                              Robert L. Forkner
                              Attorney for Defendant
                              Jose Vasquez


DATED: 5-13-15                /s/Michael Petrik
                              _____
                              Michael Petrik, Jr.
                              Attorney for Defendant
                              Luis Garcia Barreto


DATED: 5-13-15                /s/James R. Greiner

                              _____
                              James R. Greiner
                              Attorney for Defendant
                              Feliciano Ochoa Reyes
```

## [Proposed]**ORDER**

The Court, adopts the parties' the portion of the

Stipulation and Agreement to Continue the Status Conference to Friday July 13, 2015, with Exclusion of Time7-Defendant Feliciano Ochoa Reyes - 7

agreement concerning defense counsel requested needing reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and finds that the ends of justice served by granting such continuance outweigh the best interests of both the public and all of the defendants in a speedy trial. Therefore, the **status conference set for Friday, May 15, 2015 is vacated,** and a further status conference is set for **Friday, July 31, 2015, at 9:00 a.m..**

Dated: May 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge