```
 1  JAMES R. GREINER, ESQ.
 2  CALIFORNIA STATE BAR NUMBER 123357
    LAW OFFICES OF JAMES R. GREINER
 3  1024 IRON POINT ROAD
 4  FOLSOM, CALIFORNIA 95630
    TELEPHONE: (916) 357-6701
 5  FAX: (916) 920-7951
 6  E mail: jaygreiner@midtown.net
 7
    ATTORNEY FOR DEFENDANT
 8  FELICIANO OCHOA REYES
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.NO.S-15-73--- GEB |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE TO FRIDAY, APRIL 22, 2016 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| JOSE VASQUEZ, et al., | ) | |
| DEFENDANTS. | ) | |

Stipulation and Agreement to Continue the Status Conference to Friday April 22, 2016, with Exclusion of Time1-Defendant Feliciano Ochoa Reyes - 1

**PARTIES TO THE LITIGATION AND STIPULATION**

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Mr. Christiaan Highsmith, and the defendants (hereinafter referred to as the defendants): 1) Mr. Jose Vasquez represented by his attorney Mr. Robert L. Forkner; and 2) Mr. Feliciano Ochoa Reyes represented by his attorney Mr. James R. Greiner; hereby agree and stipulate that the Court can **vacate** the presently set status conference currently scheduled for Friday, February 5, 2016 and re-set the status hearing date to Friday, April 22, 2016.

The reasons supporting the finding that the interests of justice outweigh both the public and all of the defendants' rights to a speedy trial even in the exercise of reasonable diligence by counsel and that under local code T-4 (adequate time for attorney preparation) time may be excluded under the Speedy Trial Act are:

1- There are two related cases, 15-73 -- GEB and 15-92 -GEB, which have the same interlocking federal investigation;

2- The total number of defendants regarding both case 15-73—GEB and 15-92—GEB are seven (7);

3- Both cases involved, as far as the defense knows to date, have four (4) wire taps: TT1 regarding telephone number (347) 310-1104 (Order signed September 4, 2014); TT2 regarding telephone number (916) 826-2125 (Order signed October 22, 2014); TT3 regarding telephone number (209) 222-7662 (Order signed November 25, 2014); TT4 regarding telephone number (209) 262-9129 (Order signed March 18, 2015).

4- The estimated number of calls associated with all four (4) wire taps, from the

documentation produced by the government, are over 4,000[1].

5- It appears all of the over 4,000 wire tap calls are all in Spanish[2], which are in the process of being interpreted from Spanish to English. Once these are translated they will require review.

6- To date, the government has produced the initial four (4) affidavits for each of the wire taps, which is approximately 316 pages.

7- To date the defense has received from the Spanish translator the Affidavits translated, and the transcript for TT1 and TT3. These are being reviewed by defense counsel.

8- The interpreter gave an estimate of an additional 6-7 weeks from the beginning

---

[1] At the appearance in Magistrate Court, the government estimated there were hundreds of hours of audio recordings. To date, the defense has no information to dispute that estimate.

[2] The government does not dispute that the wire calls are all in Spanish.

of February, 2016, to translate the wiretaps from TT2 and TT4.

9- In addition, the audio tapes are being listened to by the defendants.

**STIPULATION OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT BY ALL PARTIES**

For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Friday, February 5, 2016 to Friday, April 22, 2016, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv)(reasonable time for attorney preparation) corresponding to Local Code T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial. All

parties agree and stipulate to this exclusion of time from the Speedy Trial Act.

Counsel for the defendants represent that the failure to grant the above requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government, based on all of the above, does not object to the continuance.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Finally, all attorneys have given authority for James R. Greiner to sign on their behalf this Stipulation and Proposed Order.

Respectfully submitted:

```
                        BENJAMIN B. WAGNER
                        UNITED STATES ATTORNEY

                        /s/Christiaan Highsmith
DATED: 2-2-16           _____
                        Christiaan Highsmith
                        Assistant United States Attorney
                        Attorney for the Plaintiff


DATED: 2-2-16           /s/Robert L. Forkner
                        _____
                        Robert L. Forkner
                        Attorney for Defendant
                        Jose Vasquez


DATED: 2-2-16           /s/James R. Greiner
                        _____
                        James R. Greiner
                        Attorney for Defendant
                        Feliciano Ochoa Reyes
```

**ORDER**

The Court, having received, read, and considered the agreement and stipulation of the parties hereby adopts the parties' agreements and stipulations in their entirety as the Court's order, and orders that the **status conference set for Friday, February 5, 2016 is vacated,** and a further status conference is set for **Friday, April 22, 2016, at 9:00 a.m..**

This Court finds that the ends of justice served by granting such continuance outweigh the best interests of both the public and all of the defendants in a speedy trial.

**IT IS SO ORDERED.**

Dated: February 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge