1  Dina L. Santos, SBN 204200
   A Professional Law Corp.
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Facsimile: (916) 447-2988

Attorney for:
Jose Vasquez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15-0073-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 6/3/16 |
| v. | |
| Jose Vasquez, Feliciano Ochoa Reyes, | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through their respective Counsel, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 20, 2016.

2. By this stipulation, defendant now moves to continue the status conference until June 3, 2016, and to exclude time between May 20, 2016, to June 3, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desires additional time to consult with their clients, continue to review the discovery, conduct investigation, and to otherwise prepare for trial. Counsel for Defendant Vasquez is new to the case and requires time to review the voluminous discovery.

    b) Counsel for defendants believes that failure to grant the above-requested

1 continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c) The government does not object to the continuance.

        d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a rjal within the original date prescribed by the Speedy Trial Act.

        e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 20, 2016, to June 3, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 19, 2016　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ Christian Highsmith/per RJB
　　　　　　　　　　　　　　　　　　　　　　　CHRISTIAN HIGHSMITH
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

///
//
/

Dated: May 19, 2016        /s/ Dina L. Santos
                           DINA SANTOS, ESQ.
                           Attorney for Jose Vasquez


Dated: May 19, 2016        /s/ Jay Greiner
                           JAY GREINER, ESQ.
                           Attorney for Feliciano Ochoa Reyes

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge