Jeffrey L. Staniels, Bar #91413

216 F Street, No. 98

Davis, CA 95616

Tel: 530-220-9770

Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE VASQUEZ, et. al.<br><br>　　　　　Defendant. | No. 2:15-cr-073 GEB<br><br>**STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>**Date:　June 24, 2016**<br>**Time:　9:00 a.m.**<br>**Judge: Non. Garland E. Burrell, Jr.** |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Christiaan Highsmith, counsel for Plaintiff, Dina Santos, counsel for Jose Vasquez, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for June 24, 2016, and be continued until September 16, 2016 for status.

　　Both Ms. Santos and Mr. Staniels have recently been appointed to assume representation of their respective clients. Discovery in the case exceeds 700 pages and involves applications, recordings and monitor's reports for four wiretaps. Mr. Reyes is also charged in a related case (for which a

1

continuance request is being separately prepared) which involves in excess of 3500 pages of discovery. Given the recency of appointment and the extent of discovery the court is requested to find that a continuance to permit new counsel to prepare outweighs the right of the defendants and the public for a speedy trial and that the length of the continuance sought is reasonable.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 21, 2016   /s/Christiaan Highsmith
AUSA CHRISTIAAN HIGHSMITH
Counsel for Plaintiff

Dated: June 21, 2016   /s/Dina Santos
DINA SANTOS, ESQ
Attorney for JOSE VASQUEZ

Dated: June 21, 2016   /s/Jeffrey L. Staniels
JEFFREY L. STANIELS
Attorney for FELICIANO OCHOA REYES

**O R D E R**

The requested continuance is hereby GRANTED. The court finds that the reason for time requested is reasonable and that the interests of justice advanced by granting this continuance outweigh the interests of the defendants and the public in a speedy trial. This matter is continued until September 16, 2016,

at 9:00 a.m. for status conference.  Time for trial under the
Speedy Trial Act is excluded pursuant to 18 U.S.C. §
3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

**Dated:  June 22, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge