Jeffrey L. Staniels, Bar #91413

216 F Street, No. 98

Davis, CA 95616

Tel: 530-220-9770

Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE VASQUEZ,<br>FELICIANO OCHOA REYES<br><br>        Defendants. | No. 2:15-cr-073 GEB<br><br>**STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>**Date:  January 6, 2017**<br>**Time:  9:00 a.m.**<br>**Judge: Hon. Garland E. Burrell, Jr.** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Amanda Beck, counsel for Plaintiff, Dina Santos, counsel for Jose Vasquez, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for January 6, 2017, and be continued until January 27, 2017, for status.

Discussions regarding non-trial resolution of the case are in progress and expected to result in plea offers and agreements by that time. (Mr. Reyes is also charged in a related case for which a parallel continuance request is being separately but contemporaneously prepared.)

1

Given this current development and expected resolution, the court is requested to find that requested continuance is reasonable and outweighs the right of the defendants and the public to a speedy trial.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 5, 2017      /s/Amanda Beck
                            AUSA AMANDA BECK
                            Counsel for Plaintiff

Dated: January 5, 2017      /s/Dina Santos
                            DINA SANTOS, ESQ
                            Attorney for JOSE VASQUEZ

Dated: January 5, 2017      /s/Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Attorney for FELICIANO OCHOA REYES

**O R D E R**

The requested continuance is hereby GRANTED. The court finds that the reason for and the amount of time requested is reasonable and that the interests of justice advanced by granting this continuance outweigh the interests of the defendants and the public in a speedy trial. This matter is continued until January 27, 2017, at 9:00 a.m. for status conference. Time for trial under the Speedy Trial Act is excluded until January 27, 2017,

pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

**Dated: January 5, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge