```
Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JOSE VASQUEZ,<br>FELICIANO OCHOA REYES<br><br>             Defendants. | No. 2:15-cr-073 GEB<br><br>**STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>**Date:  January 27, 2017**<br>**Time:  9:00 a.m.**<br>**Judge: Hon. Garland E. Burrell, Jr.** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, Dina Santos, counsel for Jose Vasquez, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for January 27, 2017, and be continued until March 10, 2017, for status.

Discussions regarding non-trial resolution of the case are in progress and were expected to result in plea offers and agreements by this time. (Mr. Reyes is also charged in a related case for which a parallel continuance request is being separately but contemporaneously prepared.) In the meantime, however, AUSA

1

Amanda Beck, who had been assigned to this case, has embarked on maternity leave earlier than expected, and the case has been reassigned to Ms. Thomas.

Given this current development and expected resolution, the court is requested to find that requested continuance is reasonable and outweighs the right of the defendants and the public to a speedy trial.

**IT IS SO STIPULATED.**

                                       Respectfully submitted,

Dated: January 26, 2017    /s/Jill Thomas
                                        AUSA JILL THOMAS
                                        Counsel for Plaintiff

Dated: January 26, 2017    /s/Dina Santos
                                        DINA SANTOS, ESQ
                                        Attorney for JOSE VASQUEZ

Dated: January 26, 2017    /s/Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
                                        Attorney for FELICIANO OCHOA REYES

**O R D E R**

The requested continuance is hereby GRANTED. The court finds that the reason for and the amount of time requested is reasonable and that the interests of justice advanced by granting this continuance outweigh the interests of the defendants and the public in a speedy trial. This matter is continued until March

2

10, 2017, at 9:00 a.m. for status conference. Time for trial under the Speedy Trial Act is excluded until March 10, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

**Dated: January 26, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge