```
Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE VASQUEZ,<br>FELICIANO OCHOA REYES<br><br>        Defendants. | No. 2:15-cr-073 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>**Date:  March 10, 2017**<br>**Time:  9:00 a.m.**<br>**Judge: Hon. Garland E. Burrell, Jr.** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, Dina Santos, counsel for Jose Vasquez, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for March 10, 2017, and be continued until April 28, 2017, for status.

Discussions regarding non-trial resolution of the case have resulted in further progress and hopefully will result in plea agreements by that time. (Mr. Reyes is also charged in a related case for which a parallel continuance request is being separately but contemporaneously prepared).

1

Given this current development and expected non-trial resolution, the court is requested to find that the requested continuance is reasonable and outweighs the right of the defendants and the public to a speedy trial.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 6, 2017      /s/Jill Thomas
                          AUSA JILL THOMAS
                          Counsel for Plaintiff

Dated: March 6, 2017      /s/Dina Santos
                          DINA SANTOS, ESQ
                          Attorney for JOSE VASQUEZ

Dated: March 6, 2017      /s/Jeffrey L. Staniels
                          JEFFREY L. STANIELS
                          Attorney for FELICIANO OCHOA REYES

**O R D E R**

The requested continuance is hereby GRANTED. The court finds that the reason for and the amount of time requested is reasonable and that the interests of justice advanced by granting this continuance outweigh the interests of the defendants and the public in a speedy trial. This matter is continued until April 28, 2017, at 9:00 a.m. for status conference. Time for trial

under the Speedy Trial Act is excluded from March 10, 2017, through April 28, 2017 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

**Dated:  March 6, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge