Jeffrey L. Staniels, Bar #91413

216 F Street, No. 98

Davis, CA 95616

Tel: 530-220-9770

Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE VASQUEZ,<br>FELICIANO OCHOA REYES<br><br>        Defendants. | No. 2:15-cr-073 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>**Date:  April 28, 2017**<br>**Time:  9:00 a.m.**<br>**Judge: Hon. Garland E. Burrell, Jr.** |

    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, Dina Santos, counsel for Jose Vasquez, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for April 28, 2017, and be continued until July 28, 2017, for status.

    Discussions regarding non-trial resolution of the case are continuing and have focused the issues being discussed and investigated so counsel remain hopeful that plea agreements can be reached. (Mr. Reyes is also charged in a related case for which a parallel continuance request is being separately but

1

contemporaneously prepared).

Given this current development and expected non-trial resolution, the court is requested to find that the requested continuance is reasonable and outweighs the right of the defendants and the public to a speedy trial.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: April 21, 2017   /s/Jill Thomas
AUSA JILL THOMAS
Counsel for Plaintiff

Dated: April 21, 2017   /s/Dina Santos
DINA SANTOS, ESQ
Attorney for JOSE VASQUEZ

Dated: April 21, 2017   /s/Jeffrey L. Staniels
JEFFREY L. STANIELS
Attorney for FELICIANO OCHOA REYES

**O R D E R**

The requested continuance is hereby GRANTED. The court finds that the reason for and the amount of time requested is reasonable and that the interests of justice advanced by granting this continuance outweigh the interests of the defendants and the public in a speedy trial. This matter is continued until July

2

28, 2017, at 9:00 a.m. for status conference. Time for trial under the Speedy Trial Act is excluded from April 28, 2017, through July 28, 2017 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

**Dated: April 25, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge