PHILLIP A. TALBERT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-073 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE VASQUEZ, and | DATE: September 22, 2017 |
| FELICIANO OCHOA REYES, a.k.a. Saul Reyes Garcia, a.k.a. "Chano", | TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendants' counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 22, 2017.

2. By this stipulation, defendants now move to continue the status conference to November 17, 2017, and to exclude time between September 22, 2017, and November 17, 2017, under Local Code T4.

3. The parties agree, stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes documents, videos, and recordings from four wiretaps that collectively captured about 4,000 Spanish-language calls. All

of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for Jose Vasquez was appointed on April 22, 2016. Counsel for Feliciano Ochoa Reyes was appointed on June 16, 2016. Defense counsel desire additional time to conduct investigation.

  c) Defense counsel believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2017 to November 17, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

//

//

//

//

//

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 21, 2017          PHILLIP A. TALBERT
                                    United States Attorney

                                     /s/ AMANDA BECK
                                    AMANDA BECK
                                    Assistant United States Attorney

Dated:  September 21, 2017           /s/ DINA SANTOS
                                    DINA SANTOS
                                    Counsel for Defendant
                                    Jose Vasquez

Dated:  September 21, 2017           /s/ JEFFREY STANIELS
                                    JEFFREY STANIELS
                                    Counsel for Defendant
                                    Feliciano Ochoa Reyes

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 22, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge