MCGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-073 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE VASQUEZ, and | DATE: January 19, 2018 |
| FELICIANO OCHOA REYES, <br> a.k.a. Saul Reyes Garcia, <br> a.k.a. "Chano", | TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendants' counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 19, 2018.

2. By this stipulation, defendants now move to continue the status conference to March 2, 2018, and to exclude time between January 19, 2018, and March 2, 2018, under Local Code T4.

3. The parties agree, stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes documents, videos, and recordings from four wiretaps that collectively captured about 4,000 Spanish-language calls. All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

  b) Counsel for Jose Vasquez was appointed on April 22, 2016. Counsel for Feliciano Ochoa Reyes was appointed on June 16, 2016. Defense counsel desire additional time to conduct investigation.

  c) Defense counsel believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 19, 2018 to March 2, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 16, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: January 16, 2018

/s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant
Jose Vasquez

Dated: January 16, 2018

/s/ JEFFREY STANIELS
JEFFREY STANIELS
Counsel for Defendant
Feliciano Ochoa Reyes

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 19, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge