MCGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-073 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE VASQUEZ, | DATE: August 24, 2018 |
| Defendant. | TIME: 9:00 a.m. |
|  | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 24, 2018.

2. By this stipulation, defendant now moves to continue the status conference to October 19, 2018, and to exclude time between August 24, 2018, and October 19, 2018, under Local Code T4.

3. The parties agree, stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes documents, videos, and recordings from four wiretaps that collectively captured about 4,000 Spanish-language calls. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for Jose Vasquez was appointed on April 22, 2016. Defense counsel

desires additional time to conduct investigation.

       c)     Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 24, 2018 to October 19, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 22, 2018                        McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ AMANDA BECK
                                                AMANDA BECK
                                                Assistant United States Attorney

//

//

Dated: August 22, 2018          /s/ DINA SANTOS
                                DINA SANTOS
                                Counsel for Defendant
                                Jose Vasquez

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: August 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge