1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-073 GEB
12 | Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE
13 | v. |
14 | JOSE VASQUEZ, |
15 | Defendant. |

16

17     Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

18 Request to Seal, IT IS HEREBY ORDERED that both the four-page document filed with the Court in

19 connection with the criminal prosecution of defendant Jose Vasquez and the Government's Request to

20 Seal shall be SEALED until further order of this Court.

21     It is further ordered that access to the sealed documents shall be limited to the government and to

22 counsel for the defendant.

23     The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for*

24 *the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the

25 Government's request, sealing the four-page document and the Government's Request to Seal serves a

26 compelling interest. The Court further finds that, in the absence of closure, the compelling interests

27 / / /

28 / / /

identified by the Government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing that would adequately protect the compelling interests identified by the Government.

Dated:  January 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge